UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:06 CR 78 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | <u>ORDER ACCEPTING PLEA</u> |
| DANA BEITLER, | ) | <u>AGREEMENT, JUDGMENT, AND</u> |
| Defendant | ) | <u>REFERRAL TO U.S. PROBATION</u> |
| | ) | <u>OFFICE</u> |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David S. Perelman regarding the change of plea hearing and plea agreement of Dana Beitler which was referred to the Magistrate Judge with the consent of the parties.

On February 27, 2006, the government filed a one-count informtion against Dana Beitler for False Statements in violation of 18 United States Code Section 1001. On March 20, 2006, a hearing was held in which Dana Beitler entered a plea of guilty before Magistrate Judge David S. Perelman, and issued a Report and Recommendation

("R&R") concerning whether the plea should be accepted and a finding of guilty entered. Magistrate Judge David S. Perelman filed his R&R on March 20, 2006.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Dana Beitler is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Dana Beilter is adjudged guilty of Count One in violation of U.S,C. Section 1001(a)(2). This matter is referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on June 13, 2006 at 10:00 a.m. in Courtroom 17A, before The Honorable Judge Solomon Oliver, Jr.

IT IS SO ORDERED.

/S/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 5, 2006